IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JERRY LEE LEWIS, Inmate #B-20581,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 11-cv-1032-JPG |
| ) | |
| **JACKSON COUNTY JAIL and ROBERT** ) | |
| **D. BURNS,** ) | |
| ) | |
| **Defendants.** | |

## ORDER DISMISSING CASE

**GILBERT, District Judge:**

On May 4, 2012, Plaintiff was ordered to provide the Court with his current address no later than June 1, 2012 (Doc. 19). Plaintiff clearly was warned in that Order that failure to do so could result in dismissal of this case. The Notice of Impending Dismissal was mailed to Plaintiff at the address on file with the Clerk's Office in this action – 1001 Mulberry Street, Apt. 182, Murphysboro, IL 62966.

On May 15, 2012, the Order was returned to this Court as undeliverable. The date to notify this Court of Plaintiff's change of address has passed, and Plaintiff has failed to do so. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. **FED. R. CIV. P. 41(b).** *See generally Ladien v. Astrachan,* **128 F.3d 1051 (7th Cir. 1997)**; *Johnson v. Kamminga,* **34 F.3d 466 (7th Cir. 1994).** Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk's Office is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED:   August 28, 2012

                                                    *s/J. Phil Gilbert*
                                              United States District Judge